# Court of Appeals
# of the State of Georgia

ATLANTA, <u>February 21, 2014</u>

*The Court of Appeals hereby passes the following order:*

**A14A0589. JACKSON v. THE STATE.**

The parties to this appeal, Michael Jerome Jackson and the State of Georgia, have requested that we vacate the trial court's order granting in part and denying in part Jackson's motion for new trial and remand this case to the trial court. Jackson asserts that he and the state have come to an agreement regarding all counts of the indictment against him and that the trial court has approved the agreement and will enter it once the court again obtains jurisdiction over the case. Accordingly, Jackson's motion is hereby **GRANTED**. The order granting in part and denying in part Jackson's motion for new trial is **VACATED** and this case is **REMANDED** for entry of a new judgment of conviction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>02/21/2014</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*